# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BALLAM, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00468-LJO-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR CLARIFICATION<br><br>[ECF No. 41] |

Plaintiff Anthony Ceasar Hernandez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the court is Defendants' request for clarification of the April 9, 2018 order granting Plaintiff leave to amend his prayer for relief. (ECF No. 41.) Defendants request clarification of their deadline to file a responsive pleading.

Defendants are correct that, assuming Plaintiff complies with the court's order and files a proposed third amended complaint in this action, that pleading will supersede the current second amended complaint. Further, that pleading must be screened under the Prison Litigation Reform Act and to ensure compliance with the Court's order before Defendants are required to file any responsive pleading.

Therefore, Defendants' request for an extension of time to file a responsive pleading in this action is granted. The court will issue an order setting a deadline for Defendants' responsive pleading after the operative complaint in this action is determined, and their obligation to respond is relieved until further order of the court.

1

Accordingly, Defendants' request for clarification of the April 9, 2018 order granting Plaintiff leave to amend is HEREBY GRANTED, as explained above.

IT IS SO ORDERED.

Dated: **April 15, 2018**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE