# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>BALLAM, et al.,<br><br>  Defendants. | Case No.: 1:17-cv-00468-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION FOR AN ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION<br><br>[Doc. Nos. 39, 44] |

Plaintiff Anthony Ceasar Hernandez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2018, Plaintiff filed a motion for an order to show cause for a preliminary injunction. (Doc. No. 39.) On April 16, 2018, the assigned magistrate judge issued findings and recommendations recommending that the motion be denied. (Doc. No. 44.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days. (*Id*. at 3.)

On May 2, 2018, Plaintiff filed a motion for an extension of time to file objections to the findings and recommendations. (Doc. No. 47). On May 8, 2018, that extension was granted. (Doc. No. 48.) The extended deadline has passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire

file, the undersigned concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on April 16, 2018 (Doc. 44) are adopted in full;

2. Plaintiff's motion for an order to show cause for a preliminary injunction, filed on April 9, 2018, is denied; and

3. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **June 12, 2018**              /s/ Lawrence J. O'Neill
                                                                   UNITED STATES CHIEF DISTRICT JUDGE