# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BALLAM, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00468-LJO-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY<br><br>[Doc No. 61] |

Plaintiff Anthony Ceasar Hernandez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 9, 2018, the Court stayed this matter pending the resolution of Plaintiff's criminal case concerning the same events at issue in this case. (Doc. No. 56.)

On August 14, 2018, Plaintiff filed a response to Defendants' reply in support of their motion to stay. (Doc. No. 61.) The Court construes this filing as a surreply.

No further briefing on Defendant's motion to stay is permitted absent leave of court. The Court did not grant Plaintiff leave to file a surreply, and the Court does not desire any further briefing on the motion. The motion has been ruled upon, as noted above.

Accordingly, Plaintiff's surreply (Doc. No. 61) is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

　Dated:　**August 15, 2018**　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE