# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR HERNANDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>BALLAM, et al.,<br><br>   Defendants. | Case No.: 1:17-cv-00468-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR JURY INSTRUCTIONS<br><br>[Doc No. 67] |

Plaintiff Anthony Ceasar Hernandez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 9, 2018, the Court stayed this matter pending the resolution of Plaintiff's ongoing criminal case that concerns the same events at issue in this case. (Doc. No. 56.) A status report on Plaintiff's criminal matter is due on January 7, 2019 or when the criminal matter is resolved, whichever is sooner. (Doc. No. 66.)

Currently before the Court is Plaintiff's motion requesting jury instructions, filed on November 5, 2018. (Doc. No. 67.) Plaintiff states that the jail is contracted with a paralegal group for legal research, but he finds them to be inadequate. Plaintiff seeks copies of the Ninth Circuit Pattern Jury Instructions, California Jury Instructions (Civil and Criminal), and Federal Jury Practice and Instructions. Plaintiff states that he requested these materials and books, but has not received them. He states that he requires the materials to work on his civil cases.

1

Although the Court has granted Plaintiff leave to proceed *in forma pauperis* in this matter, this generally does not entitle him to free copies of documents from the Court or other free materials. *E.g.*, *Hullom v. Kent*, 262 F.2d 862, 863 (6th Cir. 1959). Further, as this matter is currently stayed, there are no pending deadlines for any filings by Plaintiff. Plaintiff is not under any order to submit any proposed jury instructions in this case.

Accordingly, Plaintiff's motion requesting jury instructions, filed on November 5, 2018 (Doc. No. 67) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **November 8, 2018**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE